**Payslip**
**Earnings and Deductions**

Page 1

**CITY OF PHILADELPHIA**

Wardie L. Murden
6348 N 18th St
Philadelphia, PA 19141
US

| | |
|---|---|
| Employee Number | |
| Department | PPD Police |
| Location | PPD 0300 |
| Payperiod Ending | 2025/03/16 |
| Date Payable | 2025/03/21 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 370.77 |
| Meal Allowance | 0.00 | 14.00 |
| Overtime 1_5 NP | 26.00 | 1,685.77 |
| Assume Time | 80.00 | 3,458.00 |
| Stress Pay | 0.00 | 308.63 |
| Gross Current Earnings | | 5,837.17 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 1,039.37 | 6,513.55 |
| Medicare | 84.44 | 522.02 |
| PA State Tax | 178.77 | 1,105.24 |
| Philadelphia | 218.37 | 1,350.05 |
| PA Unemployment | 4.08 | 25.20 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 100.00 | 600.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 5,823.17 | 36,001.17 |
| Net Earnings | 2,796.28 | 17,379.95 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat Roth | 100.00 | 600.00 |
| Union Dues | 36.88 | 221.28 |
| Uniform CU | 400.00 | 2,400.00 |
| Police Bene Assoc | 3.40 | 20.40 |
| Deferred Comp Loan | 875.58 | 5,253.48 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 0.00 | 84,921.68 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**Payslip**
**Earnings and Deductions**

Page 1

**CITY OF PHILADELPHIA**

Wardie L. Murden
6348 N 18th St
Philadelphia, PA 19141
US

Employee Number:
Department: PPD Police
Location: PPD 0300
Payperiod Ending: 2025/03/02
Date Payable: 2025/03/07
Payment Method: Direct Deposit

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 417.50 |
| Meal Allowance | 0.00 | 56.00 |
| Legal Aid | 0.00 | 36.00 |
| Overtime 1_5 NP | 36.00 | 2,334.13 |
| Assume Time | 80.00 | 3,458.00 |
| Stress Pay | 0.00 | 347.53 |
| **Gross Current Earnings** | | **6,649.16** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 1,224.17 | 5,474.18 |
| Medicare | 95.60 | 437.58 |
| PA State Tax | 202.41 | 926.47 |
| Philadelphia | 247.24 | 1,131.68 |
| PA Unemployment | 4.61 | 21.12 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 100.00 | 500.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 6,593.16 | 30,178.00 |
| Net Earnings | 3,323.27 | 14,583.67 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat Roth | 100.00 | 500.00 |
| Union Dues | 36.88 | 184.40 |
| Uniform CU | 400.00 | 2,000.00 |
| Police Bene Assoc | 3.40 | 17.00 |
| Deferred Comp Loan | 875.58 | 4,377.90 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances. | |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 0.00 | 84,921.68 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**Payslip**
**Earnings and Deductions**

Page 1

**CITY OF PHILADELPHIA**

Wardie L. Murden
6348 N 18th St
Philadelphia, PA 19141
US

| | |
|---|---|
| Employee Number | |
| Department | PPD Police |
| Location | PPD 0300 |
| Payperiod Ending | 2025/02/16 |
| Date Payable | 2025/02/21 |
| Payment Method | Pay Check |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 366.09 |
| Meal Allowance | 0.00 | 14.00 |
| Overtime 1_5 NP | 25.00 | 1,620.93 |
| Assume Time | 80.00 | 3,458.00 |
| Stress Pay | 0.00 | 304.74 |
| **Gross Current Earnings** | | **5,763.76** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 1,021.75 | 4,250.01 |
| Medicare | 83.37 | 341.98 |
| PA State Tax | 176.52 | 724.06 |
| Philadelphia | 215.62 | 884.44 |
| PA Unemployment | 4.03 | 16.51 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 100.00 | 400.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 5,749.76 | 23,584.84 |
| Net Earnings | 2,746.61 | 11,260.40 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat Roth | 100.00 | 400.00 |
| Union Dues | 36.88 | 147.52 |
| Uniform CU | 400.00 | 1,600.00 |
| Police Bene Assoc | 3.40 | 13.60 |
| Deferred Comp Loan | 875.58 | 3,502.32 |

| Accruals | Net Entitlement |
|---|---|
| The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances. | |

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 0.00 | 84,921.68 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**Payslip**
**Earnings and Deductions**

Page 1

**CITY OF PHILADELPHIA**

Wardie L. Murden
6348 N 18th St
Philadelphia, PA 19141
US

Employee Number: [redacted]
Department: PPD Police
Location: PPD 0300
Payperiod Ending: 2025/02/02
Date Payable: 2025/02/07
Payment Method: Direct Deposit

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 314.68 |
| Meal Allowance | 0.00 | 14.00 |
| Legal Aid | 0.00 | 36.00 |
| Overtime 1_5 NP | 14.00 | 907.72 |
| Assume Time | 80.00 | 3,458.00 |
| Stress Pay | 0.00 | 261.95 |
| **Gross Current Earnings** | | **4,992.35** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 836.61 | 3,228.26 |
| Medicare | 72.19 | 258.61 |
| PA State Tax | 152.84 | 547.54 |
| Philadelphia | 186.69 | 668.82 |
| PA Unemployment | 3.48 | 12.48 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 100.00 | 300.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 4,978.35 | 17,835.08 |
| Net Earnings | 2,188.68 | 8,513.79 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat Roth | 100.00 | 300.00 |
| Union Dues | 36.88 | 110.64 |
| Uniform CU | 400.00 | 1,200.00 |
| Police Bene Assoc | 3.40 | 10.20 |
| Deferred Comp Loan | 875.58 | 2,626.74 |

**Accruals** — Net Entitlement

The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 0.00 | 84,921.68 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**Payslip**
**Earnings and Deductions**

Page 1

**CITY OF PHILADELPHIA**

Wardie L. Murden
6348 N 18th St
Philadelphia, PA 19141
US

| | |
|---|---|
| Employee Number | |
| Department | PPD Police |
| Location | PPD 0300 |
| Payperiod Ending | 2025/01/05 |
| Date Payable | 2025/01/10 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 426.85 |
| Legal Aid | 0.00 | 36.00 |
| Overtime 1_5 NP | 38.00 | 2,463.81 |
| Assume Time | 80.00 | 3,458.00 |
| Stress Pay | 0.00 | 355.31 |
| Gross Current Earnings | | 6,739.97 |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 1,270.61 | 1,270.61 |
| Medicare | 97.73 | 97.73 |
| PA State Tax | 206.92 | 206.92 |
| Philadelphia | 252.75 | 252.75 |
| PA Unemployment | 4.72 | 4.72 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| Gross Retro Earnings | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 100.00 | 100.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 6,739.97 | 6,739.97 |
| Net Earnings | 3,355.38 | 3,355.38 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat Roth | 100.00 | 100.00 |
| Deferred Comp Loan | 875.58 | 875.58 |
| Union Dues | 36.88 | 36.88 |
| Uniform CU | 400.00 | 400.00 |
| Police Bene Assoc | 3.40 | 3.40 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 0.00 | 84,921.68 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.

**Payslip**
**Earnings and Deductions**

Page 1

**CITY OF PHILADELPHIA**

Wardie L. Murden
6348 N 18th St
Philadelphia, PA 19141
US

| | |
|---|---|
| Employee Number | ███ |
| Department | PPD Police |
| Location | PPD 0300 |
| Payperiod Ending | 2025/01/19 |
| Date Payable | 2025/01/24 |
| Payment Method | Direct Deposit |

| Current Earnings | Hours | Amount |
|---|---|---|
| Longevity Pay | 0.00 | 389.46 |
| Overtime 1_5 NP | 30.00 | 1,945.11 |
| Assume Time | 80.00 | 3,458.00 |
| Stress Pay | 0.00 | 324.19 |
| **Gross Current Earnings** | | **6,116.76** |

| Taxes | Current | YTD |
|---|---|---|
| Federal Tax | 1,121.04 | 2,391.65 |
| Medicare | 88.69 | 186.42 |
| PA State Tax | 187.78 | 394.70 |
| Philadelphia | 229.38 | 482.13 |
| PA Unemployment | 4.28 | 9.00 |

| Retro Earnings | Hours | Amount |
|---|---|---|
| **Gross Retro Earnings** | | |

| Pre Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat | 100.00 | 200.00 |

| Total Earnings | Current | YTD |
|---|---|---|
| Gross Earnings | 6,116.76 | 12,856.73 |
| Net Earnings | 2,969.73 | 6,325.11 |

| Post Tax Deductions | Current | YTD |
|---|---|---|
| Def Comp Flat Roth | 100.00 | 200.00 |
| Union Dues | 36.88 | 73.76 |
| Uniform CU | 400.00 | 800.00 |
| Police Bene Assoc | 3.40 | 6.80 |
| Deferred Comp Loan | 875.58 | 1,751.16 |

| Accruals | Net Entitlement |
|---|---|

The Accrual Balances have been removed because they are not aligned with the Police Departments internal tracking system (DARS). Please refer to the DARS for current leave balances.

| Pension Plan | YTD | LTD |
|---|---|---|
| Plan B | 0.00 | 84,921.68 |

FMLA /Parental Leave balances are based upon usage in an Individual Rolling Calendar. Please see your Departmental Human Resource for additional information.