UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re:                                                                                                  CASE NO.: 25-11344
                                                                                                        CHAPTER 13
Wardie Lee Murden,
   Debtor.

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                            Robertson, Anschutz, Schneid, Crane &
                                            Partners, PLLC
                                            Attorneys for Secured Creditor
                                            13010 Morris Rd., Suite 450
                                            Alpharetta, GA 30004
                                            Telephone: 470-321-7112
                                            Facsimile: 404-393-1425

                                            By: <u>/s/Sherri Dicks</u>
                                                Sherri Dicks
                                                Email: sdicks@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 21, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

WARDIE LEE MURDEN
6348 N 18TH ST
PHILADELPHIA, PA 19141-1450

And via electronic mail to:

CIBIK LAW, P.C.
1500 WALNUT STREET, SUITE 900
PHILADELPHIA, PA 19102

KENNETH E. WEST
 CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST, SUITE 701
PHILADELPHIA, PA 19106

D. TROY SELLARS
ASSISTANT UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET, SUITE 320
PHILADELPHIA, PA 19107

By: /s/ Angela Gill