**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Wardie Lee Murden, <br><br> *Debtor*. | Chapter 13 <br> Case No. 25-11344-DJB |

**Certificate of Service**

    I, Michael A. Cibik, certify that on June 17, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

    I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: June 17, 2025

/s/ *Michael A. Cibik*
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**U.S. Bank Trust, N.A.**
c/o Selene Finance LP
3501 Olympus Blvd, Suite 500
Dallas, TX 75019
Method of Service: CM/ECF

**Santander Bank, N.A.**
P.O. Box 961245
Fort Worth, TX 76161-1245
Method of Service: First Class Mail

**OneMain Financial**
PO Box 3251
Evansville, IN 47731-3251
Method of Service: First Class Mail