# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| Wardie Lee Murden,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-11344-DJB |

## Amended Certificate of Service

I, Michael A. Cibik, certify that on June 22, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated below.

Date: June 22, 2025

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**U.S. Bank Trust, N.A.**
c/o Selene Finance LP
3501 Olympus Blvd, Suite 500
Dallas, TX 75019
Method of Service: CM/ECF

**Santander Bank, N.A.**
c/o Christiana Riley, CEO
75 State St
Boston, MA 02109
Method of Service: First Class Mail

**OneMain Financial**
c/o Douglas H. Shulman, CEO
601 NW 2nd St
Evansville, IN 47708
Method of Service: First Class Mail