United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 25-11344-djb
Wardie Lee Murden  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4
Date Rcvd: Aug 21, 2025  Form ID: 155  Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Wardie Lee Murden, 6348 N 18th St, Philadelphia, PA 19141-1450 |
| 14995084 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14995088 | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14995091 | Santander Consumer USA, Inc, Attn: Bankruptcy, 95 Amaral St, Riverside, RI 02915-2204 |
| 14995097 | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15017551 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 22 2025 01:02:19 | AT & T Mobility, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14995067 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 22 2025 00:49:15 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St , Floor 4, Pittsburgh, PA 15212-5862 |
| 14995068 | | Email/Text: ally@ebn.phinsolutions.com | Aug 22 2025 00:52:00 | Ally Financial, Inc, 500 Woodward Ave, Detroit, MI 48226-3416 |
| 15008518 | | Email/PDF: bncnotices@becket-lee.com | Aug 22 2025 01:02:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14995069 | | Email/PDF: bncnotices@becket-lee.com | Aug 22 2025 01:14:03 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14995072 | | Email/Text: megan.harper@phila.gov | Aug 22 2025 00:53:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14995070 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 22 2025 01:03:32 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14995071 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 22 2025 01:01:51 | Citibank/Goodyear, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14995073 | | Email/Text: bankruptcy@philapark.org | Aug 22 2025 00:53:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14995074 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 22 2025 00:53:00 | Comenity Bank/Zales, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14995075 | ^ | MEBN | Aug 22 2025 00:41:09 | Cornerstone, PO Box 82561, Lincoln, NE 68501-2561 |
| 14995076 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 22 2025 00:53:00 | Fingerhut, Attn: Bankruptcy 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 14995077 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 22 2025 00:49:20 | Fst Premier, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |

Case 25-11344-djb   Doc 20   Filed 08/23/25   Entered 08/24/25 00:43:16   Desc Imaged
                            Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: 155 | Total Noticed: 48 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14995078 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 22 2025 00:53:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14995079 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 22 2025 00:53:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, Po Box 7999, Saint Cloud, MN 56302-7999 |
| 14997010 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2025 00:47:47 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14997960 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2025 00:50:20 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14995080 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2025 00:47:48 | Lvnv Funding/Resurgent Capital, Attn: Bankruptcy, PO Box 10497, Greenville, SC 29603-0497 |
| 15017456 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2025 00:53:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14995081 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 22 2025 00:53:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 14995082 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 22 2025 00:53:00 | NAVY FCU, Attn: Bankruptcy, PO Box 3000, Merrifield, VA 22119-3000 |
| 15015230 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Aug 22 2025 00:53:00 | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14995083 | | Email/PDF: cbp@omf.com | Aug 22 2025 01:02:23 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14995087 | | Email/Text: CollectionsDept@PFCU.COM | Aug 22 2025 00:53:00 | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154 |
| 15018032 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 22 2025 01:01:58 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14995085 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2025 00:53:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14995086 | ^ | MEBN | Aug 22 2025 00:41:11 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14995089 | | Email/Text: bankruptcy@philapark.org | Aug 22 2025 00:53:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14995090 | + | Email/Text: bankruptcy1@pffcu.org | Aug 22 2025 00:53:00 | Police & Fire FCU, Attn: Bankruptcy 901 Arch st, Philadelphia, PA 19107-2495 |
| 14999550 | + | Email/Text: bankruptcy1@pffcu.org | Aug 22 2025 00:53:00 | Police & Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 15002606 | | Email/Text: enotifications@santanderconsumerusa.com | Aug 22 2025 00:53:00 | Santander Bank, N.A., P.O. Box 560284, Dallas, TX 75356-0284 |
| 15002154 | + | Email/Text: enotifications@santanderconsumerusa.com | Aug 22 2025 00:53:00 | Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14995092 | | Email/Text: bkteam@selenefinance.com | Aug 22 2025 00:53:00 | Selene Finance LP, 9990 Richmond, Houston, TX 77042-4559 |
| 14995093 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2025 01:02:28 | Syncb/Toys R Us, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14995094 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2025 01:03:40 | Synchrony Bank/ShopNBC, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14995095 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2025 01:02:40 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO |

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Aug 21, 2025 | Form ID: 155 | Total Noticed: 48 |

| | | | | |
|---|---|---|---|---|
| 14995096 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | | Box 965064, Orlando, FL 32896-5064 |
| | | | Aug 22 2025 00:53:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15017791 | + | Email/Text: bkteam@selenefinance.com | Aug 22 2025 00:53:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, c/o Selene Finance LP,, 3501 Olympus Blvd, Suite 500,, Dallas, TX 75019-6295 |
| 14999912 | + | Email/Text: RASEBN@raslg.com | Aug 22 2025 00:52:00 | U.S. Bank Trust National Association, C/O Sherri Dicks, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14999861 | + | Email/Text: RASEBN@raslg.com | Aug 22 2025 00:52:00 | U.S. Bank Trust National Association, Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 14995099 | | Email/Text: bankruptcy_notices@wgresorts.com | Aug 22 2025 00:52:00 | Westgate Resorts Ltd, 5601 Windhover Drive, Orlando, FL 32819 |
| 14995098 | | Email/Text: bankruptcy_notices@wgresorts.com | Aug 22 2025 00:52:00 | Westgate Resorts Ltd, Attn: Bankruptcy 5601 Windhover Dr., Orlando, FL 32819 |
| 14995100 | + | Email/Text: claudia@zionsdebtholdings.com | Aug 22 2025 00:53:00 | Zions Debt Holdings, Llc, Attn: Bankruptcy, PO Box 878, Spanish Fork, UT 84660-0878 |

TOTAL: 43

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2025          Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Wardie Lee Murden help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SHERRI DICKS | on behalf of Creditor U.S. Bank Trust National Association sdicks@raslg.com  shrdlaw@outlook.com |

| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Aug 21, 2025 | Form ID: 155 | Total Noticed: 48 |

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Wardie Lee Murden ) Case No. 25−11344−djb
)
)
Debtor(s). ) Chapter: 13
)
)

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: August 21, 2025                         For The Court

                                                       Derek J Baker
                                                       Judge, United States Bankruptcy Court