UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Wardie Lee Murden**<br>     Debtor<br><br><br>**U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST**<br><br>     Movant<br><br>v.<br><br>**Wardie Lee Murden**<br>     Debtor/Respondent<br><br>**Charles Murden**<br>     Co- Debtor/Respondent<br><br>**Kenneth E. West, Esquire**<br>     Trustee/Respondent | Bankruptcy No. 25-11344-djb<br><br>Chapter 13<br><br>Hearing Date: February 26, 2026<br>Hearing Time: 11:00 A.M.<br>Hearing Location: 900 Market Street, Suite 201 Philadelphia, PA 19107<br>**Courtroom Number #2** |

### CERTIFICATE OF SERVICE OF MOTION OF U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY AND NOTICE OF MOTION

      I, Michelle L. McGowan, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on January 28, 2026, I served copies of the Motion for Relief from the Automatic Stay and Notice of Motion upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

**Debtor**
Wardie Lee Murden
6348 N 18th St
Philadelphia, Pennsylvania 19141-1450

25-11344-djb<br>25-303563<br>MFR

**Co-Debtor**
Charles Murden
6348 N 18th St
Philadelphia, Pennsylvania 19141-1450

**Debtor's Attorney**
Michael A. Cibik
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, Pennsylvania 19102

**Trustee**
Kenneth E. West (Pro Se)
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, Pennsylvania 19106

**U.S. Trustee**
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, Pennsylvania 19107

Date: 1/28/2026

          **Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
          Attorney for Movant
          13010 Morris Rd., Suite 450
          Alpharetta, GA 30004
          Telephone: 470-321-7112
          By: /s/ Michelle L. McGowan
          Michelle L. McGowan
          Email: mimcgowan@raslg.com