**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Wardie Lee Murden, *Debtor.* | Chapter 13<br>Case No. 25-11344-DJB |

**Debtor's Objection to Motion for Relief from Stay**

**AND NOW**, Debtor Wardie Lee Murden, by and through his attorney, hereby objects to the Motion for Relief from Stay filed by U.S. Bank Trust National Association. He has the means and desire to pay the arrears via a lump-sum payment.

Date: February 11, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: /s/ Michael A. Cibik
Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Certificate of Service**

I certify that on this date I caused a true and correct copy of the Debtor's Objection to Motion for Relief from Stay filed by U.S. Bank Trust National Association to be served on all parties on the clerk's service list through the CM/ECF system. I did not serve anyone by mail.

Date: February 11, 2026

/s/ Michael A. Cibik
Michael A. Cibik