**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Wardie Lee Murden,<br><br>    Debtor.<br><br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST,<br>    Movant.<br><br>       v.<br><br>Wardie Lee Murden,<br><br>    Debtor/Respondent,<br><br>Charles Murden,<br><br>    Co-Debtor/Respondent,<br><br>Kenneth E. West,<br><br>    Trustee/Additional Respondent. | Bankruptcy No. 25-11344-djb<br><br>Chapter 13 |

**ORDER OF COURT**

AND NOW, this_____day of_, 2025, upon consideration of the foregoing Stipulation Resolving Motion for Relief from Automatic Stay of U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, it is hereby ORDERED that the Stipulation is approved.

BY THE COURT:

_____
Derek J. Baker
U.S. Bankruptcy Judge