## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| In re:<br><br>Wardie Lee Murden,<br>　　　　Debtor.<br><br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST,<br>　　　　Movant.<br><br>　　　　　　v.<br><br>Wardie Lee Murden,<br>　　　　Debtor/Respondent,<br><br>Charles Murden,<br>　　　　Co-Debtor/Respondent,<br><br>Kenneth E. West,<br>　　　　Trustee/Additional Respondent.. | Bankruptcy No. 25-11344-djb<br><br>Chapter 13<br><br>Hearing Date: February 26, 2026<br>Hearing Time: 11:00 A.M.<br>Hearing Location: 900 Market Street<br>Courtroom Number #2<br>Philadelphia, PA 19107 |

### <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, that on April 21, 2026, I caused to be served a copy of the Stipulation Resolving Motion for Relief from Automatic Stay of  U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST via First Class Mail, postage prepaid, and/or electronic mail per the attached Service List.

**Service List**

**Wardie Lee Murden**
6348 N 18th St
Philadelphia, PA 19141-1450

**MICHAEL A. CIBIK**
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

**KENNETH E. WEST**
Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**United States Trustee**
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

By: /s/ Sherri R. Dicks
    SHERRI R. DICKS