**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Wardie Lee Murden,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-11344-DJB |

## Motion to Modify Plan After Confirmation

Debtor Wardie Lee Murden, by and through his attorney, hereby moves this Court as follows:

1. The Debtor filed a bankruptcy petition under Chapter 13 on April 4, 2024. The plan was confirmed on August 21, 2025. It is a 100% plan.

2. Post-confirmation, the Debtor has retired from their previous position with the Philadelphia Police Department after 27 years, and will begin receiving regular monthly pension deposits beginning October 2026.

3. The transition from employment income to a pension means a significant decrease in the Debtor's monthly income.

4. Accordingly, the proposed plan decreases the Debtor's monthly payments to the Trustee beginning October 2026 while still covering the amounts due to secured creditors and paying out enough to unsecured creditors to cover the Debtor's non-exempt equity, ultimately changing the plan to a pro-rata plan.

5. The Debtor requests that the Court enter an order approving the plan filed at ECF No. 30 as the new confirmed plan.

6. A supplement to Schedules I and J has already been filed at ECF No. 29 to show the Debtor's new income and to show feasibility.

For those reasons, the Court must grant relief in the form of order attached, and further in the Debtor's favor if necessary and proper under the law.

Date: September 15, 2026

CIBIK LAW, P.C.
*Counsel for Debtor*

By: ______________________

Michael A. Cibik (#23110)
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com