**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Wardie Lee Murden,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-11344-DJB |

## CERTIFICATION OF SERVICE

I, Michael A. Cibik, certify that on September 15, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the CM/ECF system:

- Modified Chapter 13 Plan (ECF No. 30)
- Motion to Modify Plan After Confirmation and Proposed Order (ECF No. 31)
- Notice of Motion to Modify Plan After Confirmation (ECF No. 32)

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: September 15, 2026

/s/ Michael A. Cibik

Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**Mailing List Exhibit:**

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
Method of Service: CM/ECF

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106
Method of Service: CM/ECF

**U.S. Bank Trust, N.A.**
c/o Selene Finance LP
3501 Olympus Blvd, Suite 500
Dallas, TX 75019
Method of Service: CM/ECF

**Santander Bank, N.A.**
P.O. Box 961245
Fort Worth, TX 76161-1245
Method of Service: First Class Mail

**OneMain Financial**
PO Box 3251
Evansville, IN 47731-3251
Method of Service: First Class Mail