**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
Philadelphia Division

| | |
|---|---|
| Wardie Lee Murden,<br><br>*Debtor*. | Chapter 13<br>Case No. 25-11344-DJB |

# ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Debtor's Motion to Modify the confirmed Chapter 13 Plan (doc. # 31, the "Motion");

It is hereby **ORDERED** that

1) The Motion is **GRANTED**; and

2) The Modified Plan (doc. # 30) is **APPROVED**.

**Date:** **October 15, 2026**

Honorable Derek J. Baker
U.S. Bankruptcy Judge